UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| J ALAN KONECNY | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:22-CV-445-SDJ |
| | § | |
| UNITED STATES SMALL | § | |
| BUSINESS ADMINISTRATION, | § | |
| ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 14, 2023, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff J Alan Konecny's Motion for Summary Judgment, (Dkt. #9), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that *pro se* Plaintiff J Alan Konecny's Motion for Summary Judgment, (Dkt. #9) is **DENIED**.

**So ORDERED and SIGNED this 9th day of March, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE