UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| J. ALAN KONECNY § | |
| § | |
| v. § | CIVIL CASE NO. 4:22-CV-445-SDJ |
| § | |
| UNITED STATES SMALL § | |
| BUSINESS ADMINISTRATION, ET § | |
| AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2023, the Report of the Magistrate Judge, (Dkt. #17), was entered containing proposed findings of fact and recommendation that this case be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

Having assessed the Report, and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 6th day of July, 2023.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE